UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARUNAS PLETKUS, acting on
behalf of minor child, E.P.,

     Petitioner,

v.                        Case No.:  2:26-cv-1209-SPC-NPM

ANA SALETIS,

     Respondent.

## <u>ORDER</u>

On April 28, 2026, the Court conducted a status conference in this case. (Doc. 17).  As stated on the record, Respondent Ana Saletis agreed to extend the Temporary Restraining Order (Doc. 6) through May 15, 2026, while she obtains counsel to represent her in future proceedings.

Accordingly, it is now

**ORDERED:**

1.    The Court **SETS** a Zoom status conference for **May 8, 2026, at 9:30 a.m**.  The parties are **DIRECTED** to consider whether the Court should consolidate the evidentiary hearing on Petitioner's motion for preliminary injunction with the trial on the merits.  *See* Fed. R. Civ. P. 65(a)(2).

2.    The Temporary Restraining Order (Doc. 6) is **EXTENDED** through **May 15, 2026, at 4:00 p.m**.

3.    Respondent is **DIRECTED** to file an answer to the Petition by

**May 19, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record