UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARUNAS PLETKUS, acting on behalf of minor child, E.P.,

Petitioner,

v. Case No.: 2:26-cv-1209-SPC-NPM

ANA SALETIS,

Respondent.

---

**OPINION AND ORDER**

Before the Court is Petitioner Sarunas Pletkus' Motion for Determination of Entitlement to Attorneys' Fees and Costs. (Doc. 54). Respondent Ana Saletis has not yet responded, but Petitioner states she opposes the motion. (*Id.* at 7). For the following reasons, the motion is denied without prejudice.

"As a general rule, the filing of a notice of appeal divests a district court of jurisdiction on any matter involved in the appeal." *Elver v. Whidden*, No. 2:18-cv-102-FtM-29CM, 2019 WL 718536, at *1 (M.D. Fla. Feb. 20, 2019); *Green Leaf Nursery v. E.I. DuPont de Nemours & Co.*, 341 F.3d 1292, 1309 (11th Cir. 2003). But district courts may retain power to consider issues collateral to those on appeal, like attorney's fees and costs. *Briggs v. Briggs*, 260 F. App'x 164, 165 (11th Cir. 2007); *Rothenberg v. Sec. Mgmt. Co.*, 677 F.2d

64, 65 (11th Cir. 1982). So this jurisdictional limit does not prohibit seeking fees before an appeal concludes.

That said, courts have broad discretion to defer or deny a motion for attorney's fees without prejudice with leave to refile after the appeal. *See, e.g.*, *The Indigo Room, Inc. v. City of Fort Myers*, No. 2:12-CV-39-FTM-38CM, 2014 WL 1174355, at *1 (M.D. Fla. Mar. 21, 2014). As the Advisory Committee explained:

> If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.

Fed. R. Civ. P. 54(d) Advisory Committee Note to 1993 Amendment.

Exercising that discretion, judges routinely deny without prejudice or defer rulings on fees. *E.g.*, *Magma Glob., LLC v. NHT SP, LLC*, No. 8:23-cv-2076-SDM-AEP, 2024 WL 5480052, at *1 (M.D. Fla. Dec. 16, 2024); *Pinto v. Rambosk*, No. 2:19-cv-551-JLB-MRM, 2021 WL 4263404, at *2 (M.D. Fla. Sept. 20, 2021). This decision often serves the twin aims of promoting judicial economy and securing an efficient resolution of the action. *See, e.g.*, *Bowers v. Universal City Dev. Partners, Ltd.*, No. 603CV985ORL18JGG, 2005 WL 1243745, at *2 (M.D. Fla. May 19, 2005) ("If the district court were to resolve the fee and cost issue while an appeal remains pending, it would be asked to repeat the procedure following the appeal. This Court prefers to avoid the

piecemeal resolution of fee disputes."); *U.S. ex rel. Ragghianti Foundations III, LLC v. Peter R. Brown Constr., Inc.*, No. 8:12-cv-942-T-33MAP, 2014 WL 5307490, at *1 (M.D. Fla. Oct. 16, 2014); *Yellowpages Photos, Inc. v. YP, LLC*, No. 8:17-cv-764-T-36JSS, 2020 WL 6729719, at *2 (M.D. Fla. Oct. 29, 2020).

The Court issued its order in Petitioner's favor on August 7, 2026. (Doc. 42). Respondent appealed three days later. (Doc. 45). Petitioner moved for fees three days after that. (Doc. 54). The Court finds that justice would be better served by denying the motion without prejudice with leave to refile after the appeal is decided. If necessary, Defendant may refile the motion within twenty-one days after the appeal concludes (i.e., after the Eleventh Circuit issues a mandate). *See Byndom v. Waffle House, Inc.*, No. 6:23-cv-1971-JA-LHP, 2025 WL 1456595, at *1 (M.D. Fla. May 21, 2025); *Gimenez v. McLane Foodservice, Inc.*, No. 6:23-cv-1102-GAP-RMN, 2024 WL 6881921, at *1 (M.D. Fla. Aug. 19, 2024); *Action Nissan, Inc. v. Hyundai Motor Am.*, No. 6:18-cv-380-WWB-EJK, 2022 WL 17409415, at *1 (M.D. Fla. Feb. 7, 2022) (Kidd, J.).

Accordingly, it is now

**ORDERED**:

1. Petitioner Sarunas Pletkus' Motion for Determination of Entitlement to Attorneys' Fees and Costs (Doc. 54) is **DENIED without prejudice**.

2. Petitioner may file a renewed motion (if appropriate) within

twenty-one days after the Eleventh Circuit issues a mandate on the pending appeal.

**DONE** and **ORDERED** in Fort Myers, Florida on August 14, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record